**Order entered August 5, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00757-CR

### JOSHUA DAVID CANALES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F14-24957-M**

## ORDER

The Court **REINSTATES** the appeal.

On June 25, 2015, we ordered the trial court to make findings regarding appellate counsel. We have now received the trial court's order appointing Bruce Anton to represent appellant on appeal. Accordingly, we **DIRECT** the Clerk to list Bruce Anton as appellant's attorney of record.

The clerk's record has been filed, but the reporter's record has not been filed. Accordingly, we **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE